MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ILENE DUVALL, | Case No. 1:18-cv-00835-EPG |
|     Plaintiff, | **STIPULATION & ORDER FOR EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
|     Defendant. | |

      IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from February 27, 2019 to March 29, 2019, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

      This is Defendant's first request for an extension of time, and no party has requested any prior extensions in this case. *See* ECF No. 5 ¶ 12 ("The court will allow a single thirty (30) day extension of any part of this scheduling order by stipulation of the parties."). Defendant

respectfully submits that good cause exists for the requested extension because Defendant's counsel requires additional time to review the sizeable administrative record, to evaluate the issues raised in Plaintiff's Brief, to determine whether options exist for settlement, and to prepare Defendant's response to Plaintiff's Brief if settlement is not possible. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: February 21, 2019     PENA & BROMBERG, PLC

By: */s/ Jonathan O. Pena*\*
JONATHAN O. PENA
Attorneys for Plaintiff
[*As authorized by e-mail on Feb. 21, 2019]

Dated: February 21, 2019     MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **February 21, 2019**   /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE